

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00279-CV

CHIN KIM & ALL OCCUPANTS          APPELLANT

V.

CONRAD CONSULTING, LLC          APPELLEE

------------

### FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
### TRIAL COURT NO. 2014-002522-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On December 12, 2014, we ordered appellant to pay or make arrangements to pay for preparation of the clerk's record and the reporter's record on or before December 22, 2014 and informed him that failure to pay or to make such arrangements would result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

---

[1]*See* Tex. R. App. P. 47.4.

The trial court clerk has informed the court that appellant has not paid or made arrangements to pay for the clerk's record. Because appellant has not done so in accordance with this court's order, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellant shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: January 15, 2015